UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

  v.

MAVERICK MOSSBERG SHOTGUN, 12-GAUGE,
SERIAL NUMBER MV75318M,

SMITH & WESSON SHOTGUN, 12-GAUGE,
SERIAL NUMBER 6B6930,

BERETTA PX4 STORM PISTOL, .40-CALIBER,
SERIAL NUMBER PJ18064,

BERETTA PX4 STORM PISTOL, 9MM,
SERIAL NUMBER PZ513001,

WALTHER PPK PISTOL, .380-CALIBER,
SERIAL NUMBER 5530BANPPK,

STAR BONIFACIO ECHEVERRIA SUPER PISTOL,
9MM, SERIAL NUMBER ET4065,

RUGER BLACKHAWK REVOLVER, .357-CALIBER,
SERIAL NUMBER 38-23475,

CHARTER ARMS UNDERCOVER REVOLVER,
.38-CALIBER, SERIAL NUMBER 703931,

SIG-SAUER P220 PISTOL, .45-CALIBER,
SERIAL NUMBER G290613,

KIMBER CUSTOM TLE II PISTOL, 9MM,
SERIAL NUMBER KF42194,

FNH (FABRIQUE NATIONAL HERSTAL) USA
FNS-40 PISTOL, .40-CALIBER,
SERIAL NUMBER GKU0100927,

SAVAGE RIFLE, UNKNOWN CALIBER,
SERIAL NUMBER 871,

Civ. No. 20-921

DPMS (DEFENSE PROCUREMENT MANUFACTURING SERVICES) A-15 RIFLE, MULTIPLE CALIBERS, SERIAL NUMBER FFH269709,

IWI (ISRAEL WEAPON INDUSTRIES) TAVOR TS12 SHOTGUN, 12-GAUGE, SERIAL NUMBER B0001750,

MORRISSEY AAM-47 RIFLE, 7.62 X 39MM, SERIAL NUMBER AA007646,

WINCHESTER 94 RIFLE, .30-30-CALIBER, SERIAL NUMBER 1024658,

CENTURY ARMS INTERNATIONAL RAS47 PISTOL, 7.62 X 39MM, SERIAL NUMBER RAS47108964,

REMINGTON ARMS COMPANY MODEL 870 EXPRESS SHOTGUN, 12-GAUGE, SERIAL NUMBER D698972A,

AERO PRECISION X15 RIFLE, .223-CALIBER, SERIAL NUMBER USA272 42,

BUSHMASTER FIREARMS BA50 RIFLE, .50-CALIBER, SERIAL NUMBER SD000951R,

RUGER PRECISION RIFLE, .338-CALIBER, SERIAL NUMBER 1804-06746,

MOSSBERG 500 SHOTGUN, 12-GAUGE, SERIAL NUMBER P524000,

PANZER ARMS BP-12 SHOTGUN, 12-GAUGE, SERIAL NUMBER BP-18-03844,

IVER JOHNSON RIFLE, .22-CALIBER, SERIAL NUMBER 000214

ARSENAL SAM7SF RIFLE, 7.62 X 39MM, SERIAL NUMBER BE 53 2891,

RUGER M77 MK II RIFLE, .22-250-CALIBER, SERIAL NUMBER 782-60569,

122 ROUNDS AMERICAN EAGLE AMMUNITION
ASSORTED CALIBERS,

    and

122 ROUNDS AMERICAN EAGLE AMMUNITION,
.50-CALIBER BMG,

    *Defendants-in-rem.*

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

### NATURE OF THE ACTION

1. This is a civil action to forfeit and condemn to the use and benefit of the United States of America property involved in violations of 18 U.S.C. § 922(a) and (g) that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1).

### DEFENDANTS *IN REM*

2. The defendants *in rem* consist of the following:

   i. Maverick Mossberg Shotgun, 12-Gauge, Serial Number MV75318M,
   ii. Smith & Wesson Shotgun, 12-Gauge, Serial Number 6B6930,
   iii. Beretta PX4 Storm Pistol, .40-Caliber, Serial Number PJ18064,
   iv. Beretta PX4 Storm Pistol, 9mm, Serial Number PZ513001,
   v. Walther PPK Pistol, .380-Caliber, Serial Number 5530BANPPK,
   vi. Star Bonifacio Echeverria Super Pistol, 9mm, Serial Number ET4065,
   vii. Ruger Blackhawk Revolver, .357-Caliber, Serial Number 38-23475,
   viii. Charter Arms Undercover Revolver, .38-Caliber, Serial Number 703931,
   ix. Sig-Sauer P220 Pistol, .45-Caliber, Serial Number G290613,
   x. Kimber Custom TLE II Pistol, 9mm, Serial Number KF42194,
   xi. FNH (Fabrique National Herstal) USA FNS-40 Pistol, .40-Caliber, Serial Number GKU0100927,
   xii. Savage Rifle, Unknown Caliber, Serial Number 871,
   xiii. Winchester 94 Rifle, .30-30-Caliber, Serial Number 1024658,
   xiv. Remington Arms Company Model 870 Express Shotgun, 12-Gauge, Serial Number D698972A,
   xv. Aero Precision X15 Rifle, .223-Caliber, Serial Number USA272 42,
   xvi. Bushmaster Firearms BA50 Rifle, .50-Caliber, Serial Number SD000951R,
   xvii. Ruger Precision Rifle, .338-Caliber, Serial Number 1804-06746,
   xviii. Mossberg 500 Shotgun, 12-Gauge, Serial Number P524000,

xix. Panzer Arms BP-12 Shotgun, 12-Gauge, Serial Number BP-18-03844,
xx. Iver Johnson Rifle, .22-Caliber, Serial Number 000214,
xxi. Arsenal SAM7SF Rifle, 7.62 x 39mm, Serial Number BE 53 2891,
xxii. Ruger M77 MK II Rifle, .22-250-Caliber, Serial Number 782-60569,
xxiii. 122 Rounds American Eagle Ammunition Assorted Calibers, and
xxiv. 122 Rounds American Eagle Ammunition, .50-Caliber BMG,

(Hereafter referred to as "Defendant Firearms and Ammunition"), and

xxv. DPMS (Defense Procurement Manufacturing Services) A-15 Rifle, Multiple Calibers, Serial Number FFH269709,
xxvi. IWI (Israel Weapon Industries) Tavor TS12 Shotgun, 12-Gauge, Serial Number B0001750,
xxvii. Morrissey AAM-47 Rifle, 7.62 x 39mm, Serial Number AA007646,
xxviii. Century Arms International RAS47 Pistol, 7.62 x 39mm, Serial Number RAS47108964

(Hereafter referred to as "Defendant Foiled Straw Purchases").

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") seized the Defendant Firearms and Ammunition on February 13, 2020, in the District of New Mexico.

4. ATF seized Defendant Foiled Straw Purchases on February 18, 2020, in the District of New Mexico.

5. The Defendant Firearms and Ammunition and Defendant Foiled Straw Purchases are now, and during the pendency of this action will be, in the jurisdiction of this Court.

## JURISDICTION AND VENUE

6. The United States District Court for the District of New Mexico has subject matter jurisdiction under 28 U.S.C. §§ 1345, 1355(a) and 1356.

7. Venue for this civil forfeiture action is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395, as acts or omissions giving rise to the forfeiture took place in this district and the property is found in this district. Upon the filing of this complaint, the Defendant Firearms and Ammunition and Defendant Foiled Straw Purchases will be arrested by execution of a Warrant for Arrest *In Rem* in the District of New Mexico.

## FACTS

8. On February 13, 2020, ATF Task Force Officer ("TFO") K. Matthews and Eddy County Sheriff's Office Deputy E. Aranda executed a State of New Mexico district court search warrant at the residence of Jimmy Hernandez and Serena Hernandez located at 75 Donaldson Farm Road, Loving, New Mexico 88256.

9. TFO Matthews found and seized approximately twenty-six (22) firearms and 244 rounds of ammunition at the location (Defendant Firearms and Ammunition). The firearms and ammunition were stored throughout the residence. Numerous firearms were readily accessible.

10. TFO Matthews also discovered several Mason-style jars full of marijuana and two sandwich baggies containing mushrooms stored in a safe inside the residence along with multiple firearms.

11. On the date of the seizure, Jimmy Hernandez admitted to being a felon. He further acknowledged that he knew he could not possess firearms. Nevertheless, he admitted that he shot weapons contained in the residence with his family. Lastly, he admitted to using marijuana.

12. On the date of the seizure, Serena Hernandez admitted that she regularly uses marijuana.

13. On February 18, 2020, TFO Matthews met with a local gun store owner and federal firearms licensee ("FFL") who had refused to transfer firearms to Serena Hernandez, believing that she was a straw purchaser. TFO Matthews seized four firearms in the FFL's possession that Serena Hernandez had ordered delivered to the FFL for transfer to her (Defendant Foiled Straw Purchases).

14. The Defendant Firearms and Ammunition and Defendant Foiled Straw Purchases were not manufactured in the State of New Mexico.

**FIRST CLAIM FOR RELIEF**

15. The United States incorporates by reference the allegations in paragraphs 1 through 14 as though fully set forth.

16. 18 U.S.C. § 924(d)(1) subjects to forfeiture any firearm or ammunition involved in or used in any knowing violation of section 922(g).

17. Defendant Firearms and Ammunition are subject to arrest and forfeiture to plaintiff under 18 U.S.C. § 924(d)(1) because the property was involved in or used in knowing violation of 18 U.S.C. § 922(g)(1).

**SECOND CLAIM FOR RELIEF**

18. The United States incorporates by reference the allegations in paragraphs 1 through 14 as though fully set forth.

19. 18 U.S.C. § 924(d)(1) subjects to forfeiture any firearm or ammunition involved in or used in any knowing violation of section 922(g).

20. Defendant Firearms and Ammunition are subject to arrest and forfeiture to plaintiff under 18 U.S.C. § 924(d)(1) because the property was involved in or used in knowing violation of 18 U.S.C. § 922(g)(3).

**THIRD CLAIM FOR RELIEF**

21. The United States incorporates by reference the allegations in paragraphs 1 through 14 as though fully set forth.

22. 18 U.S.C. § 924(d)(1) subjects to forfeiture any firearm or ammunition involved in or used in any knowing violation of section 922(a)(6).

23. Defendant Foiled Straw Purchases are subject to arrest and forfeiture to plaintiff under 18 U.S.C. § 924(d)(1) because the property was involved in or used in knowing violation of 18 U.S.C. § 922(a)(6).

WHEREFORE: Plaintiff seeks arrest of Defendant Firearms and Ammunition and Defendant Foiled Straw Purchases and forfeiture of same to Plaintiff, determination of the validity and priority of claims of the Claimants and any Unknown Claimants to the Defendant Firearms and Ammunition and Defendant Foiled Straw Purchases, costs and expenses of seizure and of this proceeding, and other proper relief.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*/s/ Richard C. Williams*

KRISTOPHER DALE JARVIS
STEPHEN R. KOTZ
Assistant United States Attorneys
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304

## 28 U.S.C. § 1746 DECLARATION

I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives who has read the contents of the Complaint for Forfeiture In Rem to which this Declaration is attached; and the statements contained in the complaint are true to the best of my knowledge and belief.

I declare under penalty of perjury and the laws of the United States of America that this Declaration is true and correct, except as to matters stated on information and belief, and as to those matters, I believe them to be true.

Dated: 09/02/2020

_____
Kevin Matthews, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
MAVERICK MOSSBERG SHOTGUN, 12-GAUGE, SERIAL NUMBER MV75318M, et al.

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Kristopher Dale Jarvis, Assistant United States Attorney
200 N. Church Street, Las Cruces, NM 88001
575-522-2304

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 U.S.C. § 924(d)(1)
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE: 09/09/2020
SIGNATURE OF ATTORNEY OF RECORD: Richard C. Williams for KDJ

**FOR OFFICE USE ONLY**

RECEIPT #  _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____