UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                                          Civ. No. 2:20-CV-921 KRS/SMV

24 FIREARMS AND APPROXIMATELY 244 ROUNDS OF AMMUNITION,

    *Defendants-in-rem.*

and

SERENA HERNANDEZ,

    *Claimant*.

## CERTIFICATE OF REASONABLE CAUSE

This matter, having come before the Court on Plaintiff's "Unopposed Motion for Entry of a 28 U.S.C. § 2465 Certificate of Reasonable Cause," the Court having read the settlement and being advised that the parties consent to entry of a certificate of reasonable cause, and the Court being otherwise fully advised in the premises, finds that reasonable cause existed for the seizure in this case.

It is therefore **ORDERED** that this Certificate of Reasonable Cause be entered.

                                                     _____
                                                     UNITED STATES MAGISTRATE JUDGE

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| */s/ **Electronically approved 6/24/21*** | *Approved by email on June 24, 2021* |
| KRISTOPHER DALE JARVIS | JOEL R. MEYERS |
| Assistant U.S. Attorney | Attorney for Claimant Serena Hernandez |
| 200 North Church Street | 1000 Cordova Place, #930 |
| Las Cruces, NM 88001 | Santa Fe, NM 87505 |
| (575) 522-2304 | (505) 847-7757 |