UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.                                                         Civ. No. 2:20-CV-921 KRS/SMV

24 FIREARMS AND
APPROXIMATELY 244
ROUNDS OF AMMUNITION,

    *Defendants-in-rem.*
and

SERENA HERNANDEZ,

    *Claimant*.

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

This matter is before the Court on the Settlement Agreement and Release between Plaintiff United States of America and Claimant Serena Hernandez pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. The Court has reviewed the agreement and is fully advised in the premises.

**IT IS THEREFORE ORDERED THAT:**

1. The United States will return the following Defendant Firearms to third-party recipient Rhonda Jo Yeager, at the office of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) located at 166 S. Roadrunner Parkway, Suite 2-C, Las Cruces, NM 88011:

    a. Beretta PX4 Storm Pistol, .40-Caliber, Serial Number PJ18064
    b. Beretta PX4 Storm Pistol, 9mm, Serial Number PZ513001
    c. Walther PPK Pistol, .380-Caliber, Serial Number 5530BANPPK
    d. Star Bonifacio Echeverria Super Pistol, 9mm, Serial Number ET4065
    e. Ruger Blackhawk Revolver, .357-Caliber, Serial Number 38-23475
    f. Charter Arms Undercover Revolver, .38-Caliber, Serial Number 703931
    g. Sig-Sauer P220 Pistol, .45-Caliber, Serial Number G290613
    h. Kimber Custom TLE II Pistol, 9mm, Serial Number KF42194

      i.      FNH (Fabrique National Herstal) USA FNS-40 Pistol, .40-Caliber, Serial Number GKU0100927
      j.      Savage Rifle, Unknown Caliber, Serial Number 871
      k.      Winchester 94 Rifle, .30-30-Caliber, Serial Number 1024658
      l.      Mossberg 500 Shotgun, 12-Gauge, Serial Number P524000
      m.      Iver Johnson Rifle, .22-Caliber, Serial Number 000214
      n.      Ruger M77 MK II Rifle, .22-250-Caliber, Serial Number 782-60569

2. All right, title, and interest of Claimant Serena Hernandez in the following Defendant Firearms and Ammunition is forfeited to the United States and title thereto is vested in the United States:

      a.      Remington Arms Company Model 870 Express Shotgun, 12-Gauge, Serial Number D698972A
      b.      Aero Precision X15 Rifle, .223-Caliber, Serial Number USA272 42
      c.      Bushmaster Firearms BA50 Rifle, .50-Caliber, Serial Number SD000951R
      d.      Ruger Precision Rifle, .338-Caliber, Serial Number 1804-06746
      e.      Panzer Arms BP-12 Shotgun, 12-Gauge, Serial Number BP-18-03844
      f.      Arsenal SAM7SF Rifle, 7.62 x 39mm, Serial Number BE 53 2891
      g.      DPMS (Defense Procurement Manufacturing Services) A-15 Rifle, Multiple Calibers, Serial Number FFH269709
      h.      IWI (Israel Weapon Industries) Tavor TS12 Shotgun, 12-Gauge, Serial Number B0001750
      i.      Morrissey AAM-47 Rifle, 7.62 x 39mm, Serial Number AA007646
      j.      Century Arms International RAS47 Pistol, 7.62 x 39mm, Serial Number RAS47108964
      k.      122 Rounds American Eagle Ammunition Assorted Calibers
      l.      122 Rounds American Eagle Ammunition, .50-Caliber BMG

3. The parties will bear their own costs and attorney fees in this case.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| ***/s/ Electronically approved 6/24/21*** | ***Electronically approved 6/24/21*** |
| KRISTOPHER DALE JARVIS | JOEL R. MEYERS |
| Assistant U.S. Attorney | Attorney for Claimant Serena Hernandez |
| 200 North Church Street | The Law Office of Joel R. Meyers, LLC |
| Las Cruces, NM 88001 | 1000 Cordova Place, #930 |
| (575) 522-2304 | Santa Fe, NM 87505 |
| | (505) 847-7757 |